[No. 24951-4-III. Division Three. August 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SAM LESLIE HOLLINGSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02987-1, Ellen K. Clark, J., entered January 30, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 25437-2-III. Division Three. August 9, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN SHANNON LAGOY, *Appellant*.

Appeal from judgments of the Superior Court for Stevens County, No. 06-1-00007-7, Allen Nielson, J., entered June 14 and August 2, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Stephens, J.

[No. 55951-6-I. Division One. August 13, 2007.]

*In the Matter of the Personal Restraint of* JEFFERY DEFORES COLLINS, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Baker, J.; Coleman, J., concurring separately.

[No. 57963-1-I. Division One. August 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HASBROUCK, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00284-5, Larry E. McKeeman, J., entered March 22, 2006. *Affirmed* by unpublished per curiam opinion.